# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-02065-LTB-PAC

TATONKA CAPITAL CORPORATION, a Colorado corporation,

      Plaintiff,

v.

NEXTRX CORPORATION, a Washington corporation,

      Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Amend Complaint and to Join David Kowalick as an Additional Defendant (Doc 21 - filed February 17, 2006) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.

Dated: February 21, 2006
_____