**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02065-LTB-PAC

TATONKA CAPITAL CORPORATION, a Colorado corporation,

    Plaintiff,

v.

NEXTRX CORPORATION, a Washington corporation, and
DAVID KOWALICK,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

Upon the Stipulation of Dismissal (Doc 30 - filed March 9, 2006) and Notice of Dismissal (Doc 31 - filed March 10, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 10, 2006